918

No. 76–5894. Sclafani v. United States. C. A. 6th Cir. Certiorari denied.

No. 76–5897. Parker v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–5900. Chew v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5903. Alvarez v. District Director, U. S. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 76–5977. Fox v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5989. Beitling v. United States. C. A. 8th Cir. Certiorari denied.

No. 76–6016. Love v. Gray, Warden. C. A. 7th Cir. Certiorari denied.

No. 76–6018. Ash v. Iowa. Sup. Ct. Iowa. Certiorari denied.

No. 76–6020. Smith v. Hopper, Warden. C. A. 5th Cir. Certiorari denied.

No. 76–6032. Rado v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 76–6035. Malley v. Manson et al. C. A. 2d Cir. Certiorari denied.

No. 76–6036. Brown v. Florida. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 76–6041. Michele v. Fogg, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 76–6049. Jones v. Brierton, Warden. C. A. 7th Cir. Certiorari denied.